| | | |
|---|---|---|
| **CHRISTOS MANUEL** | * | **NO. 2022-C-0288** |
| **VERSUS** | * | **COURT OF APPEAL** |
| **FAT CATZ MUSIC CLUB, INC., ET AL** | * | **FOURTH CIRCUIT** |
| | * | **STATE OF LOUISIANA** |
| | * | |
| | * | |

**\* \* \* \* \* \* \***

*JCL*    **LOBRANO, J., CONCURS IN THE RESULT.**